UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

       V.

JAMES LINDSEY

---

Hon. Dennis M. Cavanaugh

Mag. No. 06-8005

ORDER EXTENDING SURRENDER PERIOD

**THIS MATTER** having been opened to the Court by counsel for defendant, on notice to and with the consent of AUSA Dennis Carletta of the Office of the United States Attorney on behalf of the United States of America and with the consent of Officer Barbara Hutchinson of the United States Pretrial Services Office; and for good cause being shown:

**IT IS** on this ___17___ day of October, 2008

**HEREBY ORDERED** as follows:

1.  The voluntary surrender date for defendant to begin serving his previously imposed sentence in this matter is hereby postponed to Monday, November 3, 2008.

2.  To the extent possible, the Federal Bureau of Prisons is requested to consider designating a correctional institution in New Jersey as the facility in which defendant is to serve his sentence.

3.  A copy of this Order shall be served promptly on the following:

(a)   United States Attorney's Office
      Att'n: Dennis Carletta

(b)   United States Pretrial Services Office
      Att'n: Barbara Hutchinson

(c)   United States Probation Office
      Att'n: Marybeth Wohl

(d)   Federal Bureau of Prisons
      Att'n: FCI Brooklyn

HON. DENNIS M. CAVANAUGH, U.S.D.J.

2